+Order entered March 10, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00214-CV

### IN THE INTEREST OF S.M.R. AND A.L.R., Children

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53095-2010**

## ORDER

Before the Court is appellant's March 9, 2015 unopposed motion to transfer appeal. Pursuant to the procedure set forth in *Miles v. Ford Motor Co*., 914 S.W.2d 135, 137 n.2 (Tex. 1995) (per curiam), the Court is referring the motion to transfer the appeal to the Texas Supreme Court. Because appellant is an employee of the Court, the Fifth District Court of Appeals does not object to the transfer of the case. We **ABATE** this appeal pending disposition of the motion to transfer.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE